IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA A. DAFFIN,  :
:
    Plaintiff(s)  :
: Case Number: 1:00cv458-SJD
vs.  :
: District Judge Susan J. Dlott
FORD MOTOR CO.,  :
:
    Defendant(s)  :

ORDER

This matter is before the Court upon the defendant's motion for oral argument on plaintiff's motion for certification of a statewide class (Doc. 71). Such motion is hereby GRANTED and oral argument on plaintiff's motion for certification of a statewide class will be held on Thursday, November 13, 2003 at 10:00 a.m. Each side will be limited to no more than forty-five (45) minutes of argument.

    IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
        Susan J. Dlott
        United States District Judge