IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA DAFFIN, | Case No. C-1-00-458 |
| Plaintiff | Judge Dlott |
| v. | **MOTION FOR ADMISSION PRO HAC VICE AS COUNSEL FOR DEFENDANT** |
| FORD MOTOR COMPANY, INC. | |
| Defendant | |

Pursuant to S.C. Ohio Civ. R. 83.5(d) of this Court, Gary M. Glass, counsel for Defendant Ford Motor Company, hereby moves the Court for admission pro hac vice of attorney Thomas A. Kuczajda, Esq., of O'Melveny & Myers, LLP, 1625 Eye Street, N.W., Washington, D.C. 20006, to serve as Co-counsel for Defendant in this action. In conformance with S.D. Ohio Civ. R. 83.5(d), attached to this Motion is the necessary certification of Thomas A. Kuczajda.

Respectfully submitted,

*/s/ Gary M. Glass/*

Gary M. Glass, Esq.
THOMPSON, HINE & FLORY
Suite 1400
312 Walnut Street
Cincinnati, Ohio 45202-4029

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Motion for Admission Pro Hac Vice As Counsel to Defendant was served via regular U.S. Mail this 22 day of October, 2003, upon the following:

>Jeffrey S. Goldenberg
>Murdock & Goldenberg, L.P.A.
>700 Walnut Street, Suite 400
>Cincinnati, Ohio 45202-2011

*/s/ Gary M. Glass*
Gary M. Glass



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

THOMAS A. KUCZAJDA

was on the  9TH  day of  MARCH, 2001  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 17, 2003.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

```
Wed Oct 22 15:33:03 2003

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH
Receipt No.   100 420637
Cashier       kj1

Tender Type  CHECK

Check Number: 055214

Transaction Type   C

Case No./Def No. 1:03-L3-ATTY  /   1

DO Code    Div No      Acct
 4661        1         6855XX

Amount              $    50.00

THOMPSON HINE LLP

PRO HAC VICE C-1-00-458
```

```
Wed Oct 22 15:33:03 2003

Check No. 055214
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```