IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA A. DAFFIN,

    vs.                                        Case Number: 1:00cv458-SJD

FORD MOTOR CO.,


ORDER

This matter is before the Court upon defendant's Motion for Admission of attorney Thomas A. Kuczajda (Doc. 77).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Thomas A. Kuczajda is hereby admitted to practice pro hac vice as co-counsel.

IT IS SO ORDERED.


                                                ___s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Judge