AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA A. DAFFIN,

                Case Number:  1:00cv458-SJD

    V.

FORD MOTOR CO.,                District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a CLASS CERTIFICATION HEARING in this case has been RESET for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 829 |
| | DATE AND TIME |
| | THURSDAY, DECEMBER 11, 2003 at 2:00 P.M. |

The parties shall file initial briefs to the issues raised in this Court's order dated October 31, 2003 by November 14, 2003.

The parties shall file response briefs by November 21, 2003.

Argument shall not exceed one hour per side.

                              JAMES BONINI, CLERK

                              ___s/Stephen Snyder_____
                              Stephen Snyder
                              Case Manager
                              (513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                          www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.