November 14, 2003

        s/ Gary M. Glass_____
Gary M. Glass (0042417)
THOMPSON HINE LLP
Suite 1400
312 Walnut Street
Cincinnati, Ohio 45202
Telephone: (513) 352-6700
Facsimile:  (513) 241-4771

Brian C. Anderson (pro hac vice)
John F. Niblock (pro hac vice)
Thomas Kuczajda (pro hac vice)
O'MELVENY & MEYERS LLP
1625 Eye Street, N.S.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile:  (202) 383-5414

Attorneys for Defendant Ford Motor Company

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing was served via this Court's electronic filing system this 14th day of November, 2003 upon:

>Jeffrey S. Goldenberg
>Mudock & Goldenberg, L.P.A.
>700 Walnut Street, Suite 400
>Cincinnati, Ohio 45202-2011
>jgoldenberg@mgslaw.com

>s/ Gary M. Glass_____
>Gary M. Glass