IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Patricia A. Daffin : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv458 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| Ford Motor Company, Inc., : | |
| : | |
| Defendant(s) : | |

NOTICE OF MANUAL FILING

The following document has been manually filed with this Office: appendix to response as to class issues by plaintiff (doc.#84).

11/17/03                                        JAMES BONINI, CLERK


                                               _s/Bill Miller_____
                                               Deputy Clerk