IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA A. DAFFIN,    : | |
| : | |
| Plaintiff(s)    : | |
| : | Case Number: 1:00cv458-SJD |
| vs.    : | |
| : | District Judge Susan J. Dlott |
| FORD MOTOR CO.,    : | |
| : | |
| Defendant(s)    : | |

ORDER

The parties are directed to file ALL documents electronically. The only exceptions are (1) attachments that are too voluminous or (2) some portions of the document or attachments that are sealed by a protective order. If one of these exceptions exists, then the attorney is to file electronically a "Notice of Manual Filing". This Notice of Manual Filing applies only to the exception portion of the document and NOT to the entire document. Once the Notice of Manual Filing has been docketed, the attorney shall print out the electronic receipt. The electronic receipt and the manually filed document and/or attachments shall then be sent directly to the Court's case manager at the following address:

> Chambers of Judge Susan J. Dlott
> 829 Potter Stewart U.S. Courthouse
> 100 E. Fifth Street
> Cincinnati, Ohio 45202
> Attention: Case Manager

IT IS SO ORDERED.

> ___s/Susan J. Dlott_____
> Susan J. Dlott
> United States District Judge