**11/18/2003 Hearing Transcript - (Final)**

```
 1
 2
 3
 4              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 5                    FOR THE COUNTY OF LOS ANGELES
 6    DEPARTMENT 324              HON. VICTORIA G. CHANEY, JUDGE
 7                              - - -
 8
 9    JOHN DOE I, et al.,                )
                                         )
10                    Plaintiff(s),      )
                                         )
11         vs.                           )   Case No. BC237980
                                         )
12    UNOCAL CORP., et al.,              )
                                         )
13                    Defendant(s).      )
      AND RELATED ACTION.                )
14
15
                   REPORTER'S TRANSCRIPT OF PROCEEDINGS
16
                      TUESDAY, NOVEMBER 18, 2003
17
18
19
      APPEARANCES:
20
      (SEE APPEARANCE PAGE.)
21
22
23
24
25
26
27            TIMOTHY J. McCOY, CSR NO. 4745
                      OFFICIAL REPORTER
28
```

12/1/2003  4:43 PM

**11/18/2003 Hearing Transcript - (Final)**

1    THE COURT: Okay, folks, I have been thinking about
2    this. No advisory jury, you're going on with me. Mainly
3    because if we are really dealing with all those exhibits and
4    all those witnesses, and I'm trying to cram it into a short
5    amount of time, we won't get there from here, at least not
6    reasonably without putting it off far enough in advance.
7         I have granted continuances, many continuances
8    at the request of defendants, I am loath to do it again;
9    however, we will start on the 9th, rather than on the 3rd,
10   but between -- during that period of time I'm going to plan
11   on -- with the exception of the morning on the 4th, I'm
12   going to plan on meeting with you folks to do motions in
13   limine or any other things.
14        I want to use the time. The reality is, folks,
15   we have to do it anyway, so we might as well use the time.
16        I have set it aside, this court's schedule
17   is planned all around that. I know Mr. Stormer has a trial
18   that comes up in January that I need to work around.
19        I think; right? Don't you?
20        MR. STORMER: Actually, since I got whopped pretty
21   badly, I don't have to do it in January.
22        THE COURT: Oh. Well, I don't know whether to say
23   I'm glad or I'm sorry, Mr. Stormer.
24        MR. PETROCELLI: And I have a trial on January 20
25   right across the hall, but only for four court days.
26        THE COURT: Okay. But my hope is that we will get
27   if not everything done before the 16th of December, we'll
28   get a lot of it done before then. And then if we have to

12/1/2003  4:43 PM                                                14