IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA A. DAFFIN, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv458-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| FORD MOTOR CO., : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon the defendant's motion to reschedule the oral argument in the plaintiff's motion for class certification (Doc. 89). Such motion is hereby GRANTED and the oral argument on the motion for class certification is reset to Wednesday, January 7, 2004 at 1:30 p.m.

IT IS SO ORDERED.

\_\_\_s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge