IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA A. DAFFIN,                            :    Case No. 1:00CV458
                                               :
            Plaintiff,                          :    (Judge Dlott)
                                               :
      v.                                        :
                                               :
FORD MOTOR COMPANY, INC.,                       :    **NOTICE OF FILING**
                                               :    **SUPPLEMENTAL DOCUMENTS**
            Defendant.                          :    **SUPPORTING PLAINTIFF'S**
                                               :    **MOTION FOR CERTIFICATION OF**
                                               :    **A STATE-WIDE CLASS**
                                               :

    As additional support for Plaintiff's pending Motion for Certification of a State-Wide
Class, Plaintiff hereby files as Exhibit 1 to this Notice of Filing the Declaration of attorney Todd
B. Naylor ("Naylor Declaration"), which details the results of his January 2, 2004 search of the
National Highway Transportation Safety Administration's Office of Defects Investigation
website. Mr. Naylor's search sought consumer complaints of the manifestation of the throttle
body assembly design defect at issue in the instant case: vehicle speed and control problems
caused by a locking or sticking accelerator pedal in 1999 and 2000 Mercury Villagers. Among
the class certification issues, this inquiry is particularly relevant (and in need of timely update
prior to the hearing on January 7, 2004) to the Court's query concerning NHTSA action set forth
in its October 31, 2003 Order Directing Parties to Address Certain Specific Issues, Document #
80. A search was also performed for the sister vehicle of the Villager, the Nissan Quest, also for
the model years 1999 and 2000, since this model shares the identical drive train and throttle body
assembly design as the Villager.

As of January 2, 2004, approximately sixty-nine distinct complaints (attached as Exhibits A and B to Exhibit 1) for the 1999 and 2000 Mercury Villager and Nissan Quest were lodged with the NHTSA Office of Defects Investigation ("ODI") for problems relating to the vehicle speed control caused by a locking or sticking accelerator pedal. Naylor Declaration, ¶ 11. One such complaint (ODI ID Number 10050514, at Page 3 of Exhibit A) indicates that as a result of the accelerator pedal sticking, the driver lost control of his vehicle and hit an embankment. This driver was injured and was taken to the hospital.

The complaint summary for ODI ID Number 10003554, at Page 2 of Exhibit A, contains the following: "I don't understand why this isn't being fixed as a recall since it is clearly a safety problem to have a stuck accelerator, and it appears to be a common problem for the Mercury Villager & Nissan Quest."

The complaint summary for ODI ID Number 876565, at Page 8 of Exhibit A, reads as follows: "Consumer noticed that throttle body needed replacing. Accelerator pedal stuck in middle of intersection causing loss of forward momentum. This forced driver to apply great force to accelerator pedal in order for vehicle to accelerate. Also, part was on national back order. The replacement parts are scarce due to the problem being common."

Thus: (i) The NHTSA has been provided with a wealth of detailed complaints and descriptions of actual and potential safety problems and has done nothing; and (ii) the throttle body defect at issue in this case is a serious safety and operational problem that warrants addressing under Rule 23.

Respectfully submitted,

_____

Todd B. Naylon (0068388)
Jeffrey S. Goldenberg (0063771)
Murdock Goldenberg Schneider & Groh, LPA
700 Walnut Street, Suite 400
Cincinnati, Ohio  45202-2011
(513) 345-8291 Telephone
(513) 345-8294 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of **NOTICE OF FILING ADDITIONAL DOCUMENTS SUPPORTING PLAINTIFF'S MOTION FOR CERTIFICATION OF A STATE-WIDE CLASS (Filed Under Seal Pursuant to Protective Order)** was served by electronically and by ordinary U.S. mail, postage prepaid, on this 5th day of January 2004 upon the following:

Gary M. Glass, Esq.                    John F. Niblock, Esq.
Thompson Hine, LLP                     O'Melveny & Myers LLP
312 Walnut Street, Suite 1400          555 13th Street, N.W., Suite 500
Cincinnati, Ohio 45404                 Washington, D.C. 20004-1109

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA DAFFIN | : | Case No. C-1-00 458 |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | **DECLARATION OF TODD B. NAYLOR,** |
| | : | **ESQ. IN SUPPORT OF PLAINTIFF'S** |
| FORD MOTOR COMPANY, | : | **MOTION FOR CLASS CERTIFICATION** |
| | : | **OF STATE-WIDE CLASS** |
| Defendant. | : | |
| | : | |

I, Todd B. Naylor, under penalty of perjury pursuant to 28 U.S.C. 1746, declare as follows:

1. I make the following statements from personal knowledge gained from this litigation and the litigation against Nissan North America, Inc. pending in the State of California, captioned Meyer, et al. v. Nissan North America, Superior Court of the State of California, County of Los Angeles, Case No. BC263136, Judge Victoria Chaney.

2. I am an attorney licensed to practice in the State of Ohio and in the United States District Court for the Southern District of Ohio.

3. I practice law as an associate in the law firm of Murdock Goldenberg Schneider & Groh, LPA, an Ohio law firm.

4. On January 2, 2004, I performed a search of the National Highway Transportation Safety Administration's Office of Defects Investigation website, www-odi.nhtsa.dot.gov, seeking consumer complaints of the specific defect at issue in the instant case: vehicle

speed control problems caused by a locking or sticking accelerator pedal in 1999 and 2000 Mercury Villagers.

5. I also performed a search on January 2, 2004, for the identical sister vehicle of the Villager, the Nissan Quest, also for the model years 1999 and 2000.

6. As of January 2, 2004, approximately forty-eight distinct complaints for the 1999 and 2000 Mercury Villager were received by the NHTSA Office of Defects Investigation ("ODI") for problems relating to the vehicle speed control caused by a locking or sticking accelerator pedal.

7. The complaint summary for ODI ID Number 10050514, at Page 3 of Exhibit A, reads as follows: "Without warning accelerator pedal got stuck (sic) the floor while driving 45-MPH, causing the consumer to lose control of the vehicle and hit an embankment. Upon impact, both frontal airbag did not deploy. Driver sustained injuries and was taken to the hospital."

8. The complaint summary for ODI ID Number 10003554, at Page 2 of Exhibit A, contains the following: "I don't understand why this isn't being fixed as a recall since it is clearly a safety problem to have a stuck accelerator, and it appears to be a common problem for the Mercury Villager & Nissan Quest."

9. The complaint summary for ODI ID Number 876565, at Page 8 of Exhibit A, reads as follows: "Consumer noticed that throttle body needed replacing. Accelerator pedal stuck in middle of intersection causing loss of forward momentum. This forced driver to apply great force to accelerator pedal in order for vehicle to accelerate. Also, part was on national back order. The replacement parts are scarce due to the problem being common."

10. As of January 2, 2004, approximately twenty-one distinct complaints for the 1999 and 2000 Nissan Quest were received by ODI for the same problems.

11. As of January 2, 2004, there were approximately sixty-nine distinct complaints for the 1999 and 2000 Mercury Villager and Nissan Quest lodged with the NHTSA ODI for problems relating to a sticking or locking accelerator pedal.

So declared this _2nd_ day of January 2004, Cincinnati, Ohio.

_____
Todd B. Naylor

# EXHIBIT A TO DECLARATION OF TODD B. NAYLOR, ESQ.



## Office of Defects Investigation

# Complaints - Search Results

36 Records Displayed.

| Report Date : | **January 2, 2004 at *08:51 AM*** |
|---|---|
| TYPE : | **VEHICLE** |
| YEAR : | **All Years** |
| MAKE : | **MERCURY** |
| MODEL : | **VILLAGER** |

**Make :** MERCURY        **Model :** VILLAGER        **Year :** 1999

**Crash :** No        **Fire :** No        **Number of Injuries:** 0

**ODI ID Number :** 859673        **Date of Failure:** January 1, 2000

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   WHEN PRESSING ON ACCELERATER VEHICLE WILL NOT GO. WHEN AT A STOP SIGN AND GETTING READY TO ACCELERATE, PEDAL WILL NOT PUSH DOWN, IF WANTING TO PASS SOMEONE, ACCELERATOR PEDAL WILL NOT GO DOWN. CONSUMER FEELS THIS IS UNSAFE BECAUSE KIDS ARE PRESENT IN VEHICLE, AND SOMEONE COULD EASILY RUN INTO THE BACK OF VEHICLE.

---

**Make :** MERCURY        **Model :** VILLAGER        **Year :** 1999

**Crash :** No        **Fire :** No        **Number of Injuries:** 0

**ODI ID Number :** 895369        **Date of Failure:** August 1, 2000

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   ACCELERATOR PEDAL WILL STICK IN CLOSED POSITION AND NOT ACCELERATE, DEALERSHIP HAS REPAIRED THIS PROBLEM ONE YEAR AGO UNDER WARRANTY AND PROBLEM HAS REOCCURRED, DEALER INFORMED CONSUMER THAT THIS WAS A COMMON COMPLAINT, CONSUMER IS CONCERNED THAT SHE MAY REAR END SOMEONE. *SLC

---

**Make :** MERCURY        **Model :** VILLAGER        **Year :** 1999

**Crash :** No        **Fire :** No        **Number of Injuries:** 0

**ODI ID Number :** 743834        **Date of Failure:** February 22, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   GAS PEDAL STICKS ("OFF") WHEN ATTEMPTING TO ACCELERATE EITHER FROM A STOP OR AFTER COASTING. VEHICLE HAS BEEN BACK TO DEALER TWICE. FIRST THEY CLEANED THE THROTTLE ASSEMBLY, SECOND TIME REPLACED THE THROTTLE BODY CABLE. NEITHER 'REPAIR' DID ANYTHING TO

HELP THE PROBLEM. I CHECKED YOUR SITE AND SAW IN 1998 AND 1999 THERE WERE SEVERAL MORE PROBLEMS ON THESE VANS JUST LIKE OURS. WE'VE NEARLY HIT CARS IN FRONT OF US WHEN TRYING TO SLOWLY MOVE UP IN TRAFFIC, AND OFTEN SPIN THE WHEELS WHEN TRYING TO ACCELERATE FROM STOP SIGNS OR TRAFFIC LIGHTS.*AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No               **Number of Injuries:** 0

**ODI ID Number :** 10003554                           **Date of Failure:** January 20, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**

   THE ACCELERATOR ON MY 1999 MERCURY VILLAGER STICKS IN THE "UP" POSITION. THIS HAS CAUSED SEVERAL NEAR ACCIDENTS WHEN I'VE HAD TO STOMP THE ACCELERATOR TO UNSTICK IT. THIS IS A PROBLEM WHEN STOPPED IN TRAFFIC BECAUSE IT COULD CAUSE YOU TO RAM INTO THE CAR IN FRONT OF YOU. ALSO, I HAVE FOUND MYSELF "STUCK" IN THE MIDDLE OF INTERSECTIONS. THE PROBLEM FIRST OCCURRED ABOUT TWO YEARS AGO AND WAS "FIXED" BY THE DEALER. THE PROBLEM HAS NOW BECOME MUCH WORSE AND I WAS TOLD THAT THE THROTTLE BODY WILL HAVE TO BE REPLACED AT A COST OF $420.00. I SAW FROM THE CUSTOMER COMPLAINTS ON THIS WEBSITE THAT THIS IS A COMMON COMPLAINT FROM MERCURY VILLAGER OWNERS & NISSAN QUEST OWNERS (THE SAME VAN AS A VILLAGER). I HAVE ASKED PEOPLE AT RANDOM THAT I'VE SEEN DRIVING VILLIAGERS AND MANY OF THEM SAY THEY HAVE THE SAME PROBLEM. I DON'T UNDERSTAND WHY THIS ISN'T BEING FIXED AS A RECALL SINCE IT IS CLEARLY A SAFETY HAZARD TO HAVE A STUCK ACCELERATOR, AND IT APPEARS TO BE A COMMON PROBLEM FOR THE MERCURY VILLAGER & NISSAN QUEST.

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No               **Number of Injuries:** 0

**ODI ID Number :** 10025356                           **Date of Failure:** June 1, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**

   GAS PEDAL STICKING. PROBLEM IS NOT IN THE CABLE. *AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No               **Number of Injuries:** 0

**ODI ID Number :** 10037420                           **Date of Failure:** September 8, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**

   GAS PEDAL STICKS. FREQUENTLY AFTER COMING TO COMPLETE STOP AT A LIGHT, WHEN PUSHING DOWN ON GAS PEDAL, PEDAL GOES DOWN, BUT NOTHING HAPPENS. USUALLY, PEDAL MUST BE PUMPED SEVERAL TIMES BEFORE IT ENGAGES. HAD IT CLEANED OUT BY DEALER WHO SAID IT WAS NOT COVERED UNDER THE EXTENDED WARRANTY AND COST OVER $200.00. I REFUSE TO PAY TO HAVE IT REPAIRED/CLEANED AGAIN. THIS IS A SAFETY CONCERN AND FORD MOTOR COMPANY SHOULD REPLACE THE DEFFECTIVE PARTS. SOME DAY I WILL GET REAR-ENDED.*AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No               **Number of Injuries:** 0

**ODI ID Number :** 10047629          **Date of Failure:** November 25, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    ON MY 1999 MERCURY VILLAGER MINIVAN, THE GAS PEDAL STICKS WHEN TRYING TO ACCELERATE FROM A STOP OR AFTER COASTING. I HAVE TO STEP HARD ON THE GAS PEDAL TO ACCELERATE. THIS IS UNSAFE BECAUSE WHEN THE VAN MOVES IT MOVES TO FAST, CAUSING PROBLEMS IF THERE IS A CAR IN FRONT OF ME. *LA

---

**Make :** MERCURY      **Model :** VILLAGER      **Year :** 1999

**Crash :** No      **Fire :** No      **Number of Injuries:** 1

**ODI ID Number :** 10050514      **Date of Failure:** September 7, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WITHOUT WARNING ACCELERATOR PEDAL GOT STUCK THE FLOOR WHILE DRIVING 45-MPH, CAUSING THE CONSUMER TO LOSE CONTROL OF THE VEHICLE AND HIT AN EMBANKMENT. UPON IMPACT, BOTH FRONTAL AIRBAG DID NOT DEPLOY. DRIVER SUSTAINED INJURIES AND WAS TAKEN TO THE HOSPITAL. *AK

---

**Make :** MERCURY      **Model :** VILLAGER      **Year :** 1999

**Crash :** No      **Fire :** No      **Number of Injuries:** 1

**ODI ID Number :** 10050516      **Date of Failure:** September 7, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WITHOUT WARNING ACCELERATOR PEDAL STUCK TO THE FLOOR WHILE DRIVING 45 MPH, CAUSING THE CONSUMER TO LOSE CONTROL OF THE VEHICLE AND HIT AN EMBANKMENT. UPON IMPACT, BOTH FRONTAL AIRBAG DID NOT DEPLOY. DRIVER SUSTAINED INJURIES AND WAS TAKEN TO THE HOSPITAL. *AK

---

**Make :** MERCURY      **Model :** VILLAGER      **Year :** 1999

**Crash :** No      **Fire :** No      **Number of Injuries:** 0

**ODI ID Number :** 860475      **Date of Failure:** October 1, 1999

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    INTERMITTENTLY VEHICLE EXPERIENCED NON-ACCELERATION WHEN APPLYING THE ACCELERATOR PEDAL. DEALER NOTIFIED, AND INFORMED CONSUMER THAT PARTS WERE ON BACK ORDER SINCE JANUARY 2000. CAN NHTSA SHARE SOME LIGHT ON THIS MATTER. *AK

---

**Make :** MERCURY      **Model :** VILLAGER      **Year :** 1999

**Crash :** No      **Fire :** No      **Number of Injuries:** 0

**ODI ID Number :** 887808      **Date of Failure:** November 1, 2000

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
　　GAS PEDAL GETS STUCK WHENEVER CONSUMER IS TRYING TO ACCLERATE. HAS NOT CONTACTED DEALER.*AK

---

**Make :** MERCURY    **Model :** VILLAGER    **Year :** 1999

**Crash :** No    **Fire :** No    **Number of Injuries:** 0

**ODI ID Number :** 761174    **Date of Failure:** January 2, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
　　GAS PEDAL STICKS ON MANY VILLAGERS AND IS VERY UNSAGE. DEALER SAID THAT IT IS COMMON AND COSTS $700 TO REPAIR THROTTLE BODY--THIS SOUNDS LIKE A MANUFACTURERS DEFECT. *AK

---

**Make :** MERCURY    **Model :** VILLAGER    **Year :** 1999

**Crash :** No    **Fire :** No    **Number of Injuries:** 0

**ODI ID Number :** 747056    **Date of Failure:** February 15, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
　　THE ACCELERATOR STICKS IN AN UNPREDICTABLE MANNER THAT HAS CAUSED NEAR ACCIDENTS.*AK

---

**Make :** MERCURY    **Model :** VILLAGER    **Year :** 1999

**Crash :** No    **Fire :** No    **Number of Injuries:** 0

**ODI ID Number :** 785915    **Date of Failure:** September 1, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
　　CONSUMER STATES THAT WHEN ATTEMPTING TO ACCELERATE FROM A STOP, THE GAS PEDAL MUST BE PUNCHED DUE TO THE GAS PEDAL STICKING. *SLC

---

**Make :** MERCURY    **Model :** VILLAGER    **Year :** 1999

**Crash :** No    **Fire :** No    **Number of Injuries:** 0

**ODI ID Number :** 8001417    **Date of Failure:** October 10, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
　　ACCELERATOR PEDAL BECOMES REAL HARD, AND CONSUMER HAS TO PUT ALOT OF FORCE TO PUSH PEDAL IN. THIS PROBLEM OCCURS WHENEVER CONSUMER IS DRIVING. CONTACTED DEALER, AND THE DEALER WAS NOT WILLING TO DO ANYTHING. *AK

---

**Make :** MERCURY    **Model :** VILLAGER    **Year :** 1999

**Crash :** No    **Fire :** No    **Number of Injuries:** 0

**ODI ID Number :** 899300                    **Date of Failure:** November 19, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
      ACCELERATOR PEDAL WOULD STICK INTERMITTENTLY. DEALER NOTIFIED, AND WAS UNABLE TO DUPLICATE THE PROBLEM. FEEL FREE TO PROVIDE ANY FURTHER INFORMATION CONCERNING THIS MATTER. *AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No               **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 757344                    **Date of Failure:** December 1, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
      ACCELERATOR PEDAL BEGAN TO STICK AFTER STOPPING. IT TOOK A GOOD PUSH TO GET THE ENGINE TO RESPOND, RESULTING IN JERKY STARTS AND SOME TIRE BURNING. *AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No               **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 8007173                    **Date of Failure:** December 15, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
      WHILE APPLYING GAS ACCELERATOR STICKS.*AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No               **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 8017529                    **Date of Failure:** January 1, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
      THROTTLE LINKAGE PEDAL WOULD STICK INTERMITTENTLY WHILE DRIVING. VEHICLE AT DEALER. FEEL FREE TO PROVIDE ANY FURTHER INFORMATION.*AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No               **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 8004550                    **Date of Failure:** February 5, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
      ACCELERATOR PEDAL INTERMITTENTLY STICKS FROM A STOP POSITION OR WHEN COASTING AT A LOW SPEED. DEALER WAS NOT NOTIFIED AT THIS TIME. *AK DEALER REPAIRED PARTS UNDER WARRANTY. *SLC

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 10012468                            **Date of Failure:** August 1, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WHEN THE GAS PEDAL WAS PRESSED, THERE WAS A DELAY IN ACCELERATION. THE CONSUMER HAD TO PUMP THE GAS PEDAL TO GET THE VEHICLE TO MOVE. *JB THE VEHICLE NEEDED A NEW DOOR PANEL AND AN INJECTOR. SCC

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 10012469                            **Date of Failure:** September 1, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WHEN THE GAS PEDAL WAS PRESSED, THERE WAS A DELAY IN ACCELERATION. THE CONSUMER HAD TO PUMP THE GAS PEDAL TO GET THE VEHICLE TO MOVE. *JB DEALER CLEANED DIRTY THROTTLE BODY. BLOWER ONLY WORKED ON HIGH. FAILED RESISTOR REPLACED. LEFT FRONT DOOR PANEL WAS PEELING AND HAD TO BE REPLACED. *TT

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 8017896                             **Date of Failure:** September 3, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    ACCELERATOR PEDAL WAS STICKING AFTER STOPPING, VEHICLE WAS CHECKED REPEATEDLY BY DEALER, WHO CLEANED THROTTLE CABLE. HOWEVER PROBLEM WAS STILL OCCURRING. CONSUMER VERY CONCERNED ABOUT SAFETY WHILE DRIVING ON HIGHWAY.*AK *YH

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 8019711                             **Date of Failure:** September 20, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    CONSUMER HAVING PROBLEMS ACCELERATING. *MR

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                **Number of Injuries:** 0

**ODI ID Number :** 767942                              **Date of Failure:** September 27, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**

GAS PEDAL WAS STICKING WOULD HAVE TO PUNCH THE PEDAL TO RELEASE. MR

---

**Make :** MERCURY                **Model :** VILLAGER              **Year :** 1999

**Crash :** No                    **Fire :** No                    **Number of Injuries:** 0

**ODI ID Number :** 10012467                            **Date of Failure:** October 1, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WHEN THE GAS PEDAL WAS PRESSED, THERE WAS A DELAY IN ACCELERATION. THE CONSUMER HAD TO PUMP THE GAS PEDAL TO GET THE VEHICLE TO MOVE. *JB WHEN THE GAS PEDAL WAS PRESSED, THERE WAS A DELAY IN ACCELERATION. THE CONSUMER HAD TO PUMP THE GAS PEDAL TO GET THE VEHICLE TO MOVE. *MR

---

**Make :** MERCURY                **Model :** VILLAGER              **Year :** 1999

**Crash :** No                    **Fire :** No                    **Number of Injuries:** 0

**ODI ID Number :** 10012466                            **Date of Failure:** December 1, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WHEN THE GAS PEDAL WAS PRESSED, THERE WAS A DELAY IN ACCELERATION. THE CONSUMER HAD TO PUMP THE GAS PEDAL TO GET THE VEHICLE TO MOVE. IT WAS LATER DETERMINED THAT THE THROTTLE WAS DIRTY. A FAULTY RESISTOR CAUSED THE BLOWER TO ONLY WORK ON HIGH. THE LEFT FRONT DOOR PANEL FELL OFF. *JB *NLM

---

**Make :** MERCURY                **Model :** VILLAGER              **Year :** 1999

**Crash :** No                    **Fire :** No                    **Number of Injuries:** 0

**ODI ID Number :** 10010222                            **Date of Failure:** March 9, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    MY 1999 MERCURY VILLAGER, HAD THE THROTTLE BODY REPLACED AT 23,580 MILES, AND NOW, AT 76,000 MILES, IT NEEDS TO BE REPLACED AGAIN. CONSIDERABLE FOOT FORCE IS NEEDED TO OVERCOME A "STUCK" ACCELERATOR PEDAL, SO THE VEHICLE JUMPS FORWARD FROM A STOPPED CONDITION. THIS IS UNSAFE AND ANNOYING! *JB

---

**Make :** MERCURY                **Model :** VILLAGER              **Year :** 1999

**Crash :** No                    **Fire :** No                    **Number of Injuries:** 0

**ODI ID Number :** 10012465                            **Date of Failure:** April 1, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WHEN THE GAS PEDAL WAS PRESSED, THERE WAS A DELAY IN ACCELERATION. THE CONSUMER HAD TO PUMP THE GAS PEDAL TO GET THE VEHICLE TO MOVE. THE DEALER STATED NEW INJECTORS WERE NEEDED. *JB. ALSO THE BLOWER MOTOR FAILED. *JB

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                 **Number of Injuries:** 0

**ODI ID Number :** 10017401                             **Date of Failure:** April 18, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
     WHILE DRIVING AT ANY SPEED AND NO WARNING THE VEHICLES ACCELERATOR PEDAL STUCK AND IT BECAME DIFFICULT TO GET THE VEHICLE TO DECELERATE. *NLM

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                 **Number of Injuries:** 0

**ODI ID Number :** 10019725                             **Date of Failure:** May 7, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
     WHILE DRIVING AND WITHOUT WARNING THE ACCELERATOR PEDAL BECAME STUCK AND IT BECAME HARD FOR THE CONSUMER TO CONTROL THE VEHICLE. *NLM AFTER THE VEHICLE WAS DRIVEN FOR OVER AN HOUR, THE PEDAL HAD BECOME STUCK IN WHICH EXTRA STRENGTH WAS APPLIED AND CAUSED THE VEHICLE TO LEAP FORWARD, THEN THE PEDAL MOVED. *SCC *JB

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                 **Number of Injuries:** 0

**ODI ID Number :** 10036954                             **Date of Failure:** July 29, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
     WE OWN A '1999 MERCURY VILLAGER VAN. THE BRAKES HAVE HAD EXTENSIVE REPAIRS TWICE ,AND NOW MUST BE REPLACED AGAIN AFTER ONLY 13,000 MILES. SECONDLY, THE ACCELERATOR STICKS. IT HAS BEEN REPAIRED ONCE AND REQUIRES REPAIR AGAIN. (FIRST TIME UNDER WARRANTY. THIS TIME AT A COST OF APPROX. $460.) THE REPAIRMEN AT THE DEALERSHIP CLAIM THE DEVICE USED TO PREVENT SLUDGE FROM ACCUMULATING ON THE ACCELERATOR LINE TENDS TO WARP DUE TO HEAT EXPOSURE ALLOWING SLUDGE TO ACCUMULATE ON THE LINE AND CAUSING THE ACCELERATOR TO STICK. IT WAS FIRST REPAIRED AT 35,000 MILES AND NOW REQUIRES A SECOND REPAIR AT 73,000 MILES. *AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                 **Number of Injuries:** 0

**ODI ID Number :** 876565                               **Date of Failure:**

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
     CONSUMER NOTICED THAT THROTTLE BODY NEEDED REPLACING. ACCLERATOR PEDAL STUCK IN MIDDLE OF INTERSECTION CAUSING LOSS OF FORWARD MOVEMENT. THIS FORCED DRIVER TO APPLY GREAT FORCE TO ACCELERATOR PEDAL IN ORDER FOR VEHICLE TO ACCELERATE. ALSO, PART WAS ON NATIONAL BACK ORDER. *AK THE REPLACEMENT PARTS ARE SCARCE DUE TO THE PROBLEM BEING COMMON. *YH

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                 **Number of Injuries:** 0

**ODI ID Number :** 856824                                **Date of Failure:**

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    GAS PEDAL GETS STUCK SO THAT IT CANNOT BE APPLIED IN SOME SITUATIONS. THIS HAS NEARLY CAUSED ACCIDENTS WHILE TRYING TO TURN CORNERS. DEALER HAS BEEN CONTACTED. *AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                 **Number of Injuries:** 0

**ODI ID Number :** 883822                                **Date of Failure:**

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    GAS PEDAL IS HARD TO PUSH. IT BECOMES STUCK AT TIMES, CAUSING SUDDEN ACCELERATION. DEAEER HAS BEEN CONTACTED.*AK *SLC

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 1999

**Crash :** No              **Fire :** No                 **Number of Injuries:** 0

**ODI ID Number :** 552757                                **Date of Failure:**

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    THE GAS PEDAL STUCK WHILE DRIVING. YH

---



# Office of Defects Investigation

# Complaints - Search Results

14 Records Displayed.

| | |
|---|---|
| Report Date : | **January 2, 2004 at 08:57 AM** |
| TYPE : | **VEHICLE** |
| YEAR : | **All Years** |
| MAKE : | **MERCURY** |
| MODEL : | **VILLAGER** |

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 749176          **Date of Failure:** July 20, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   WHEN YOU PUSH ON THE ACCELERATOR SOMTIMES IT STICKS AND LIKE SOMETHING IS BLOCKING IT. WHEN IT UNSTICKS THE ADDED PREASURE CAUSES THE VAN TO SHOOT FORWARD AND YOU COULD REAR END ANOTHER VEHICLE OR LOOSE CONTROL AROUND A CORNER. I REPORT THIS AND THE DEALERSHIP DID NOT CARE BECAUSE THEY WERE TO BUSY TIO GET TO IT THE DAY I TOOK THE VEHICLE IN.*AK

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10051598          **Date of Failure:** August 1, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   THE VEHICLE'S THROTTLE PLATE BECAME STUCK, WHICH CAUSED THE VEHICLE TO JUMP FORWARD WITHOUT WARNING. PLEASE PROVIDE ADDITIONAL INFORMATION. *JB

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10051599          **Date of Failure:** August 1, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   THE VEHICLE'S THROTTLE PLATE BECAME STUCK. AS A RESULT, THE VEHICLE JUMPED FORWARD WITHOUT WARNING. PLEASE PROVIDE ADDITIONAL INFORMATION.

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10047330          **Date of Failure:** March 1, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    THE ACCELERATOR PEDAL STICKS BADLY. WHEN YOU FINALLY MANAGE TO PRESS HARD ENOUGH TO MAKE IT MOVE, IT CAUSES THE VAN TO VIOLENTLY LURCH FORWARD WHICH CAN LEAD TO LOSS OF CONTROL OF THE VEHICLE AND/OR AN ACCIDENT. *LA

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10049184          **Date of Failure:** March 30, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    GAS PEDAL STICKS. *NLM

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10047619          **Date of Failure:** November 26, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    ACCELERATOR PEDAL CONSISTENTLY CAUSES VEHICLE TO LURCH FORWARD AFTER YOU ARE ABLE TO DEPRESS PEDAL. *LA

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 857041          **Date of Failure:** February 15, 2000

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    THE LOCATION OF THE GAS PEDAL AND THE BRAKE PEDAL ARE TOO CLOSE TOGETHER. DRIVER CAN PRESS BOTH PEDALS AT THE SAME TIME. THIS MAY CAUSE A LOSS OF CONTROL AND CRASH. IT IS POSSIBLE TO MOVE GAS PEDAL BRACKET WHERE RODS ARE ATTACHED. *AK

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 883115          **Date of Failure:** January 26, 2001

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WHILE TRAVELING NOTICED GAS PEDAL TO FLOOR BOARD STUCK,CONSUMER DEPRESSED IT WITH FORCE TO RELEASE GAS PEDAL. *AK DEALER STATED PROBLEM WAS WITH THE THROTTLE BODY, THAT

IT NEEDED CLEANED AND LUBRICATED. *SLC

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 8015288          **Date of Failure:** February 10, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    AFTER VEHICLE HAD BEEN WARMED UP ACCELERTOR PEDAL WOULD STICK INTERMITTENTLY. VEHICLE BEEN TO THE DEALER ON TWO OCCASIONS, AND THEY WERE UNABLE TO DUPLICATE THE PROBLEM. FEEL FREE TO PROVIDE ANY FURTHER INFROMATION.*AK

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10004700          **Date of Failure:** October 30, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    THE CONSUMER HAS EXPERIENCED THE FOLLOWING: REAR WIPER HANGS-WON'T CLEAR THE GLASS (TO OPEN REAR HATCH GLASS)-MOTOR INOPERATIVE, ACCELERATOR STICKS-HAS TO KEEP TAPPING IT TO LOOSEN, THE REAR BENCH SEAT RECLINER WILL LET GO AND SEAT WILL COLLAPSE, THE LEFT HANDLE IS LOOSE, AND THE REAR SEAT LATCH IS BINDING/COLLAPSING.

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 8022880          **Date of Failure:** November 4, 2002

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    CONSUMER STATES THAT WHILE DRIVING GAS PEDAL STICKS. CONSUMER HAS TO PHYSICALLY "MASH" PEDAL TO UNSTICK. TS

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10041057          **Date of Failure:** September 29, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    THE GAS PEDAL STICKS ON CAR LIKE THERE WAS SOMETHING UNDERNEATH, AND HAPPENED MANY TIMES. THE ONLY WAY TO GET IT TO WORK IS TO PRESS DOWN ON THE PEDAL REALLY HARD, WHICH IS UNSAFE. *LA

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10047596          **Date of Failure:** November 25, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**

    ACCELERATOR PEDAL STICKS. DRIVER HAS TO PUT EXCESS PRESSURE ON PEDAL TO UNSTICK WHICH CAUSES UNSAFE "JACKRABBIT" SURGES AND IS A SERIOUS SAFETY HAZARD. *LA

---

**Make :** MERCURY          **Model :** VILLAGER          **Year :** 2000

**Crash :** No          **Fire :** No          **Number of Injuries:** 0

**ODI ID Number :** 10050602          **Date of Failure:** December 16, 2003

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**

    ACCELERATOR PEDAL STICKS WHEN DEPRESSED. *AK

---