# EXHIBIT B TO DECLARATION OF TODD B. NAYLOR, ESQ.



# Office of Defects Investigation

# Complaints - Search Results

14 Records Displayed.

| | |
|---|---|
| Report Date : | **January 2, 2004 at 09:08 AM** |
| TYPE : | **VEHICLE** |
| YEAR : | **All Years** |
| MAKE : | **NISSAN** |
| MODEL : | **QUEST** |

**Make :** NISSAN    **Model :** QUEST    **Year :** 1999
**Crash :** No    **Fire :** No    **Number of Injuries:** 0
**ODI ID Number :** 10048947    **Date of Failure:** January 1, 1999
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
ACCELERATOR PEDAL CONSTANTLY STICKING! THERE IS IS A MAJOR PROBLEM AND SHOULD BE ADDRESSED BY THE NATIONAL HIGHWAY AND TRAFFIC SAFETY ADMINISTRATION. I KNOW THAT THERE IS A CLASS ACTION SUIT INVOLVING THE THROTTLE-BODY CLEANING BUT MY VEHICLE DOES NOT QUALIFY BECAUSE THE WARRANTY HAS EXPIRED. THE PROBLEM HAS EXISTED SINCE THE VEHICLE WAS NEW BUT THE DEALERSHIP SAID THAT THEY COULD NOT FIND A PROBLEM WITH IT. I HAVE ALL OF THIS DOCUMENTED IN SERVICE RECEIPTS AND PAPERWORK. WHY WOULD I WANT TO BE A PART OF A SETTLEMENT THAT REVOKES ALL MY RIGHTS JUST BECAUSE MY WARRANTY HAS EXPIRED? THIS SHOULD NOT BE BASED ON THE ISSUE OF IF YOUR CAR IS STILL UNDER WARRANTY OR NOT. THIS IS A VERY DANGEROUS ISSUE AND SHOULD BE CONSIDERED A RECALL FROM NISSAN NORTH AMERICA OR BY THE NATIONAL HIGHWAY AND TRAFFIC SAFETY ADMINISTRATION NOW!!!! BEFORE FAMILIES ARE KILLED BECAUSE OF AN KNOWN ACCELERATOR STICKING PROBLEM.*AK

**Make :** NISSAN    **Model :** QUEST    **Year :** 1999
**Crash :** No    **Fire :** No    **Number of Injuries:** 0
**ODI ID Number :** 10037560    **Date of Failure:** September 4, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
ACCELERATOR PEDAL STICKING. THIS HAS HAPPENED ON TWO OR MORE OCCASIONS. I HAVE NOT BEEN BACK TO THE DEALERSHIP YET BECAUSE I DON'T WANT THEM WASTING MY TIME WITH TELLING ME THAT THIS IS A MAINTENANCE PROBLEM AS THEY HAVE TOLD SO MANY OTHERS HERE IN THIS COLUMN. THIS IS DEFINETLY A DEFECT AND REQUIRES AN INVESTIGATION.*AK

**Make :** NISSAN    **Model :** QUEST    **Year :** 1999
**Crash :** No    **Fire :** No    **Number of Injuries:** 0

**ODI ID Number :** 10045515                              **Date of Failure:** December 1, 1999
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   THE ACCELERATOR PEDAL "STICKS". REQUIRES EXCESSIVE PRESSURE TO PUSH DOWN. THE FULL BODY THROTTLE HAS BEEN CLEANED BUT I STILL HAVE A PROBLEM. THERE IS A CLASS ACTION SETTLEMENT GOING ON THAT WOULD ALLOW ME TO BE REIMBURSED FOR THE CHARGES PAID FOR THE CLEANING BUT THE PROBLEM IS DANGEROUS. THE PEDAL WILL STICK WHILE GOING DOWN THE ROAD AND/OR CROSSING A BUSY INTERSECTION. I HAVE TWO CHILDREN I HAVE TO TRANSPORT IN THAT VEHICLE DAILY. IT IS MY UNDERSTANDING THAT ALL 1999 NISSAN QUEST MODELS HAVE THIS PROBLEM AND I DON'T THINK I SHOULD HAVE TO PAY TO FIX THEIR PROBLEM.

---

**Make :** NISSAN           **Model :** QUEST           **Year :** 1999
**Crash :** No              **Fire :** No              **Number of Injuries:** 0
**ODI ID Number :** 741682                             **Date of Failure:** March 1, 2000
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   WHEN THE GAS PEDAL IS PRESSED IT WILL NOT GO UNLESS YOU PUNCH THE GAS PEDAL AND THEN YOU SPIN OUT. THE DEALERSHIP CLAIMS THAT IT IS A CARBON BUILD UP AND SHOULD BE CLEANED PERIODICALLY, BUT THE MANUAL DOES NOT SAY ANYTHING ABOUT IT BEING A REGULAT MAINTENACE ITEM. THEY CLAIM IT IS BUT I FEEL IF IT IS THEN IT SHOULD BE LISTED WITH ALL OTHER MAINTENANCE ITEMS. I HAVE PULLED OUT SEVERAL TIMES WITH PLENTY OF TIME TO GET PULLED OUT BUT MY ACCELARATOR WOULD NOT GO AND I HAVE ALMOST BEEN HIT BECAUSE OF THIS. I FEEL IT IS A SAFETY HAZARD AND WOULD LIKE MORE TO DONE. I SHOULDN'T HAVE TO PAY $135 FOR SOMETHING TO BE CLEANED WHEN IT IS NOT IN MY MANUAL. I HAVE CHECKED WITH OTHER OWENERS AND THEY HAVEN'T HAD THIS PROBLEM. ONE PERSON WHO HAS A CHEVY MAILBU HAD THIS PROBLEM BUT CHEVROLET COVERED HIS UNDER WARRANTY. IF IT IS A MAINTENANCE ITEM THEN NISSAN SHOULD HAVE TO PUBLISH IN THE THEIR OWNERS MANUAL.

---

**Make :** NISSAN           **Model :** QUEST           **Year :** 1999
**Crash :** No              **Fire :** No              **Number of Injuries:** 0
**ODI ID Number :** 725386                             **Date of Failure:** June 1, 2000
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
   ACCELERATOR PEDAL STICKS - THIS HAPPENS AFTER THE BRAKE IS APPLIED AND I TRY TO ACCELERATE, THUS CAUSING THE VAN TO STALL IN THE INTERSECTION AND THEN TAKE OFF QUICKLY AND ALSO OCCURS IF I RELAESE MY FOOT FROM THE ACCELERATOR TO SLOW DOWN GRADUALLY, AND THEN REAPPLY IT, THE PEDAL AGAIN STICKS. THIS STARTED IN MARCH AND THEN WENT AWAY FOR A MONTH AND HAS BEEN OCCURING DAILY - SOMETIMES 4 OR 5 TIMES IN ONE COMMUTE. THIS HAS NEARLY CAUSED A FEW FATAL ACCIDENTS WHEN THE VAN STALLED IN A BUSY INTERSECTION OR WHILE I WAS TURNING INTO THE DRIVEWAY AND GAS PEDAL STUCK CAUSING CROSSTRAFFIC TO SCREECH TO A HALT. HAVE ALMOST BEEN HIT FROM BEHIND BECAUSE THE VAN DOES NOT ACCELEARTE AFTER A RED LIGHT - HAVE TO PUMP IT OR HOLD IT DOWN BEFORE IT RELEASES. I CALLED DEALER AND HE SAID IT WAS "NORMAL" AND PART OF THROTTLE PROBLEM, BUT THIS STARTED WHEN THE VAN HAD ONLY 20000 MILES ON IT

---

**Make :** NISSAN           **Model :** QUEST           **Year :** 1999
**Crash :** No              **Fire :** No              **Number of Injuries:** 0

**ODI ID Number :** 760996   **Date of Failure:** June 1, 2000
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL
**Summary:**
   AFTER DRIVING THE VAN FOR 10-15 MILES, THE GAS PEDAL STICKS. THIS IS A VERY SERIOUS PROBLEM THAT I FEEL NISSAN SHOULD FIND A WAY TO FIX. I WENT TO THE DEALERSHIP AND WAS TOLD I WOULD HAVE TO PAY $130.00 TO HAVE THE CARBON BUILD-UP REMOVED. I ASKED WHY WAS IT NOT COVERED IN MY 3YR/36,000MI WARRENTY, I WAS TOLD IT WAS NOT COVERED BECAUSE IT WAS NORMAL "WEAR AND TEAR" . IF THAT WAS NORMAL THEN WHY IS IT NOT IN THE OWNERS MANUAL. IT HAPPENDS DAILY SO FOR SAFETY REASONS I WILL HAVE TO FOOT $130.00 OF MY HARD EARNED MONEY FOR SOMETHING THAT SHOULDN'T BE HAPPENING. I THOUGHT I WAS GETTING A RELIABLE FAMILY VAN, BUT I THOUGHT WRONG. I HAVE ALWAYS OWNED NISSAN'S( 3MAXIMA'S, 2 STANZA'S 1 QUEST ) AND HAVE REFERRED OVER 20 PEOPLE TO BUY NISSAN'S, BUT AS FAR AS A VAN GOES I AM VERY DISSATISFIED.*AK

---

**Make :** NISSAN   **Model :** QUEST   **Year :** 1999
**Crash :** No   **Fire :** No   **Number of Injuries:** 0
**ODI ID Number :** 885430   **Date of Failure:** March 18, 2001
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL
**Summary:**
   ACCELERATOR IS STICKING CAUSING SUDDEN ACCELERATION. THIS EVENT OCCURS APPROXIMATELY 15-20% OF TIME AT RANDOM INTERVALS. DEALERSHIP HAS NOT EXAMINED VEHICLE. PLEASE PROVIDE ANY ADDITIONAL INFORMATION/ATTACHMENTS.*AK

---

**Make :** NISSAN   **Model :** QUEST   **Year :** 1999
**Crash :** No   **Fire :** No   **Number of Injuries:** 0
**ODI ID Number :** 8019220   **Date of Failure:** July 1, 2002
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL
**Summary:**
   CONSUMER STATES THAT THE ACCELERATOR PEDEL STICKS WHEN VEHICLE COMES TO A STOP.*JB

---

**Make :** NISSAN   **Model :** QUEST   **Year :** 1999
**Crash :** No   **Fire :** No   **Number of Injuries:** 0
**ODI ID Number :** 10012051   **Date of Failure:** February 15, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL
**Summary:**
   THE ACCELERATOR PEDAL BECAME STUCK AND THE DRIVER HAD TO PRESS HARD ON THE PEDAL TO RELEASE IT, THEN THE VEHICLE JUMPED FORWARD. *NLM

---

**Make :** NISSAN   **Model :** QUEST   **Year :** 1999
**Crash :** No   **Fire :** No   **Number of Injuries:** 0
**ODI ID Number :** 10020009   **Date of Failure:** May 16, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    THE ACCELERATOR PEDAL WAS STICKING. *NLM

---

**Make :** NISSAN     **Model :** QUEST     **Year :** 1999
**Crash :** No     **Fire :** No     **Number of Injuries:** 0
**ODI ID Number :** 10050648     **Date of Failure:** November 22, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WHERE TO START.... BRAKES; 65,000 MILES AND WE'RE ON THE 4TH SET (WE'VE REPLACED THEM 3 TIMES)! EFI... EVERY 25,000 MILES THE THROTTLE STICKS AND YES, WE JOINED THE CLASS ACTION. AND THE LATEST? THE CROSSOVER PIPE ON THE EXHAUST SYSTEM BROKE, FILLING THE CABIN WITH EXHAUST... ENGINE PARTS SHOULD LAST LONGER.*AK

---

**Make :** NISSAN     **Model :** QUEST     **Year :** 1999
**Crash :** No     **Fire :** No     **Number of Injuries:** 0
**ODI ID Number :** 10049451     **Date of Failure:** December 8, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    TWO SAFETY ISSUES: I LOOKED UP MY 1999 QUEST MINIVAN INFORMATION AND SAW 4 RECALLS. I HAVE NEVER TAKEN MY QUEST IN FOR A RECALL -- BECAUSE I NEVER RECEIVED ANY INFORMATION ON THEM. I HOPE THAT MEANS THAT MINE WAS NOT AFFECTED? SECOND, WE HAVE AN ONGOING ISSUE WITH THE ACCELERATOR STICKING, DUE TO CARBON BUILDUP. I HAVE GOTTEN THE INFORMATION FOR THE LAWSUIT TO REIMBURSE ME FOR THE EXPENSES -- BUT THE ISSUE STILL REMAINS. AT THIS POINT, WE HAVE HAD THE THROTTLE CLEANED AT LEAST 4 TIMES (I'M ASSEMBLING MY RECEIPTS) AND NEED TO HAVE IT CLEANED AGAIN NOW. IT SEEMS LIKE NISSAN OUGHT TO RECALL THE PART AND CORRECT THE ISSUE. IT IS UNREASONABLE THAT IT KEEPS HAPPENING. PLUS, THE REIMBURSEMENT CLAIM FORM ONLY ALLOWS A $45 REIMBURSEMENT; I JUST GOT AN AD FROM NISSAN FOR A "DISCOUNT" PRICE OF $89.95 TO CLEAN THE THROTTLE. WHY WOULD THE REIMBURSEMENT AMOUNT AND THE AD PRICE BE SO OUT OF LINE. THE ACCELERATOR STICKING IS A MAJOR SAFETY ISSUE THAT I HOPE NHTSA WILL INVESTIGATE SINCE NISSAN HAS NOT TAKEN THE RESPONSIBILITY TO ENSURE SAFETY IS A PART OF ITS NORMAL PROCESS. IF YOU MAKE A BAD PART, OWN UP TO IT AND DO NOT ENDANGER LIVES.*AK

---

**Make :** NISSAN     **Model :** QUEST     **Year :** 1999
**Crash :** No     **Fire :** No     **Number of Injuries:** 0
**ODI ID Number :** 10022323     **Date of Failure:**
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    ACCELERATOR CABLE CONTINUOUSLY STICKS. THIS IS CAUSED BY DEBRIS IN THE FUEL INJECTION SYSTEM. *AK

---

**Make :** NISSAN     **Model :** QUEST     **Year :** 1999
**Crash :** No     **Fire :** No     **Number of Injuries:** 0
**ODI ID Number :** 8004871     **Date of Failure:**

**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
    WHEN DRIVING GAS PEDAL WOULD STICK FROM TIME TO TIME. NEEDS TO PRESS HARD TO GET PEDAL TO WORK. WHEN THIS HAPPENS, VEHICLE FAILS TO ACCELERATE. PROBLEM IS INTERMITTENT. HAS CONTACTED DEALERSHIP. *AK



# Office of Defects Investigation

# Complaints - Search Results

7 Records Displayed.

| | |
|---|---|
| Report Date : | **January 2, 2004 at *09:13 AM*** |
| TYPE : | **VEHICLE** |
| YEAR : | **All Years** |
| MAKE : | **NISSAN** |
| MODEL : | **QUEST** |

**Make :** NISSAN    **Model :** QUEST    **Year :** 2000
**Crash :** No    **Fire :** No    **Number of Injuries:** 0
**ODI ID Number :** 10038653    **Date of Failure:** September 3, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL
**Summary:**
   2000 NISSAN QUEST. THE ACCELARATOR PEDAL STICKS AND WHEN YOU PRESS ON THE ACCELARTOR THE CAR MOVES WITH A JERK.*AK

**Make :** NISSAN    **Model :** QUEST    **Year :** 2000
**Crash :** No    **Fire :** No    **Number of Injuries:** 0
**ODI ID Number :** 10049378    **Date of Failure:** October 1, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL
**Summary:**
   GAS PEDAL STICKS CAUSING THE VAN TO LURCH FORWARD. HEADLIGHT SOCKET HAS BEEN REPLACED ONCE AND AGAIN HAS OVERHEATED AND "FRIED" INSIDE COMPONENT SO LIGHT BULB WILL NOT WORK. SWITCH ON DRIVER SIDE WINDOW IS NO LONGER OPERABLE. *LA

**Make :** NISSAN    **Model :** QUEST    **Year :** 2000
**Crash :** No    **Fire :** No    **Number of Injuries:** 0
**ODI ID Number :** 10046028    **Date of Failure:** October 13, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL
**Summary:**
   THE ACCELERATOR PEDAL STICKS. EXPERIENCE TO DATE IS THAT IT REQUIRES EXCESSIVE FORCE TO PRESS OR BECOMES IMMOVABLE WHEN TRYING TO DEPRESS THE PEDAL FROM ITS UNDEPRESSED POSITION, SUCH AS WHEN THE ENGINE IS IDLING WHILE THE CAR IS NOT MOVING OR ROLLING AFTER ONE'S FOOT HAS ALLOWED THE PEDAL TO COME UP. I RECENTLY RECEIVED A NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT IN CALIFORNIA SUPERIOR COURT, LOS ANGELES COUNTY (ROBERT MEYER V. NISSAN NORTH AMERICA) IN WHICH PLAINTIFF ALLEGED THAT EXCESSIVE CARBONOUS DEPOSITS

FORM ON 1999 AND 2000 NISSAN QUESTS IN THE "THROTTLE-BODY ASSSEMBLY" AND THAT THESE DEPOSITS MAY CAUSE THE ACCELERATOR PEDAL TO STICK. IF A DEFECT IS JUDGED BY THE OCCURRENCE RELATIVE TO OTHER VEHICLES THIS SEEMS A STRONG CANDIDATE. AND THE DESIGN DEFECT THAT ALLOWS THIS OCCURRENCE PERMITS AN INOPERABLE ACCELERATOR PEDAL WHICH CAN PRESENT A SERIOUS SAFETY ISSUE. THE CLASS ACTION NOTICE RECEIVED INDICATES THAT NISSAN WAS AWARE OF THE ISSUE SINCE AT LEAST OCTOBER 2000 WHEN IT ISSUED A TECHNICAL SERVICE BULLETIN ADVISING ON A CLEANING PROCEDURE TO ADDRESS THE PROBLEM. APPARENTLY OUTSIDE THE EXPRESS WARRANTY PERIOD NISSAN SHIFTS THE COSTS OF COMPENSATING FOR ITS POOR, DEFECTIVE DESIGN TO THE CONSUMER BY CONSIDERING IT AS MATTER OF ROUTINE MAINTENANCE. I DON'T SEE ANYTHING ABOUT THIS IN THEIR MAINTENANCE OR OWNERS MANUALS RECEIVED DURING THE PURCHASE OF THEIR PRODUCT. NOR, FOR THAT MATTER, DOES THIS PROBLEM PRESENT ITSELF IN OTHER VEHICLES IS WHICH SUCH "MAINTENANCE" IS NOT NEEDED. *AK

---

**Make :** NISSAN   **Model :** QUEST   **Year :** 2000
**Crash :** No   **Fire :** No   **Number of Injuries:** 0
**ODI ID Number :** 759418   **Date of Failure:** February 3, 2001
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
ACCELERATOR STICK WHEN TAKING OFF FROM A STOP. WHEN QUESTIONED DEALER SAYS VEHICLE NEEDS THE FUEL SYSTEM CLEANED. *AK

---

**Make :** NISSAN   **Model :** QUEST   **Year :** 2000
**Crash :** No   **Fire :** No   **Number of Injuries:** 0
**ODI ID Number :** 897343   **Date of Failure:** September 1, 2001
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
THROTTLE STICKS WHEN VEHICLE IS STARTED. DEALER HAS BEEN CONTACTED. PLEASE PROVIDE FURTHER DETAILS.*AK

---

**Make :** NISSAN   **Model :** QUEST   **Year :** 2000
**Crash :** No   **Fire :** No   **Number of Injuries:** 0
**ODI ID Number :** 8013942   **Date of Failure:** February 15, 2002
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**
THE VEHICLE HAS JERKED DUE TO THE ACCELERATOR PEDAL STICKING. THE PROBLEM HAS WORSENED. *AK *SCC

---

**Make :** NISSAN   **Model :** QUEST   **Year :** 2000
**Crash :** No   **Fire :** No   **Number of Injuries:** 0
**ODI ID Number :** 10050580   **Date of Failure:** December 14, 2003
**Component:** VEHICLE SPEED CONTROL:ACCELERATOR PEDAL

**Summary:**

HEATER COIL FAILED, LEAKING COOLANT INSIDE OF THE VEHICLE. HEADLIGHTS FAIL WHILE DRIVING. GAS PEDAL BINDS CAUSING SUDDENING ACCELERATION. SEATBELT FAILS TO CONNECT FULLY.*AK