IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. DAFFIN, | : | Case No. 1:00CV458 |
| | : | |
| Plaintiff, | : | (Judge Dlott) |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY, INC., | : | **NOTICE OF FILING RECENT** |
| | : | ***CHAMBERLAN V. FORD* DECISION** |
| Defendant. | : | **REJECTING FEDERAL** |
| | : | **PREEMPTION AND SUPPORTING** |
| | : | **PLAINTIFF'S MOTION FOR** |
| | : | **CERTIFICATION OF A STATE-** |
| | : | **WIDE CLASS** |

As additional support for Plaintiff's pending Motion for Certification of a State-Wide Class, Plaintiff hereby files as Exhibit 1 to this Notice *Chamberlan v. Ford Motor Company,* Case No. C03-2628 CW, a recent class action decision from the Northern District of California dated March 24, 2004. Importantly, the *Chamberlan* Court concluded that the plaintiff's state law claims seeking equitable relief were not preempted by the Motor Vehicle Safety Act of 1966, 49 U.S.C. § 30101, *et seq.* Exhibit 1, pp. 28-29. Ford has raised the identical argument in the present litigation, largely relying upon the same case law and legal analysis (including *In re Bridgestone/Firestone, Inc.,* 153 F.Supp. 2d 935 (S.D. Ind. 2001)) that the *Chamberlan* Court flatly rejected. *Id.* at 24-28.

Respectfully submitted,


  /s/ Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (0063771)
John C. Murdock (0063749)
Theresa L. Groh (0029806)
Murdock Goldenberg Schneider & Groh, LPA
700 Walnut Street, Suite 400
Cincinnati, Ohio  45202-2011
(513) 345-8291 Telephone
(513) 345-8294 Facsimile


Steve W. Berman
Sean R. Matt
Hagens Berman, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292 Telephone
(206) 623-0594 Facsimile

**Of Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of **NOTICE OF FILING RECENT *CHAMBERLAN V. FORD* DECISION REJECTING FEDERAL PREEMPTION AND SUPPORTING PLAINTIFF'S MOTION FOR CERTIFICATION OF A STATE-WIDE CLASS** was served electronically and by ordinary U.S. mail, postage prepaid, on this 27th day of May, 2004 upon the following:

| | |
|---|---|
| Gary M. Glass, Esq.<br>Thompson Hine, LLP<br>312 Walnut Street, Suite 1400<br>Cincinnati, Ohio 45404 | John F. Niblock, Esq.<br>O'Melveny & Myers LLP<br>555 13th Street, N.W., Suite 500<br>Washington, D.C. 20004-1109 |

                                                        /s/ Jeffrey S. Goldenberg