THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA DAFFIN,<br><br>       Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>       Defendant. | Case No. C-1-00 458<br><br>Judge Dlott<br><br>**DEFENDANT FORD MOTOR COMPANY'S MOTION FOR RECONSIDERATION** |

Defendant FORD MOTOR COMPANY ("Ford"), by and through counsel, hereby moves the Court to reconsider and vacate its July 15, 2004 Order Granting Plaintiff's Motion for Class Certification. The reasons for reconsideration are contained in the accompanying Memorandum.

Respectfully Submitted,

July 29, 2004

s/Gary M. Glass
Gary M. Glass (0042417)
THOMPSON HINE LLP
Suite 1400
312 Walnut Street
Cincinnati, Ohio 45404
Telephone:    (513) 352-6700

Brian C. Anderson  (pro hac vice)
John F. Niblock (pro hac vice)
Thomas Kuczajda (pro hac vice)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant Ford Motor Company

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant Ford Motor Company's Motion for Reconsideration was filed electronically on this **29th** day of July, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/Thomas Kuczajda
        Thomas Kuczajda (pro hac vice)
        O'MELVENY & MYERS LLP
        1625 Eye Street, N.W.
        Washington, DC  20006
        Telephone:   (202) 383-5300
        Facsimile:    (202) 383-5414

        Attorney for Defendant Ford Motor Company