IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. DAFFIN, on behalf of herself and all others similarly situated, | : : : | Case No. C-1-00 458 |
| | : | Judge Dlott |
| Plaintiff, | : : | |
| v. | : : | |
| | : | **PLAINTIFF'S MOTION FOR AN** |
| FORD MOTOR COMPANY, | : : | **EXTENSION OF TIME TO FILE ITS MEMORANDUM IN OPPOSITION** |
| Defendant. | : : : | **TO DEFENDANT'S MOTION FOR RECONSIDERATION** |

Pursuant to Local Rule 7.3, Plaintiff requests a one week extension, until August 30, 2004, to file its Memorandum in Opposition to Defendant's Motion for Reconsideration. This extension is necessary to accommodate counsels' existing litigation schedule.

Plaintiff's counsel contacted Defendant's counsel in this regard, and Defendant's counsel consented to the one week extension and will not oppose this Motion.

An entry granting this Motion is attached for the Court's convenience.

Respectfully submitted,

s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (0063771)
Murdock Goldenberg Schneider & Groh, LPA
700 Walnut Street, Suite 400
Cincinnati, Ohio  45202-2011
(513) 345-8291 Telephone
(513) 345-8294 Facsimile

{00010580; 1}

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Gary M. Glass, Esq., Thompson Hine, LLP, 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202 and John F. Niblock, Esq., Brian C. Anderson, Esq., O'Melveny & Myers LLP, 555 13th Street, N.W., Suite 500, Washington, D.C. 20004-1109.

                                              s/Jeffrey S. Goldenberg