IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. DAFFIN, on behalf of herself and all others similarly situated, | : | Case No. C-1-00-458 |
| | : | |
| | : | Judge Dlott |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

For good cause shown, this Court hereby grants Plaintiff's Motion For An Extension Of Time To File Its Memorandum In Opposition To Defendant's Motion For Reconsideration. Plaintiff's Memo in Opposition will be due on August 30, 2004.

SO ORDERED.

_\_s/Susan J. Dlott_____
JUDGE SUSAN J. DLOTT

Submitted by:


s/Jeffrey S. Goldenberg_____
Jeffrey S. Goldenberg, Attorney for Plaintiff

{00010580; 1}