IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA A. DAFFIN, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | :　Case No. C-1-00 458<br>:<br>:　Judge Dlott<br>:<br>:<br>:<br>:　**NOTICE OF CHANGE OF ADDRESS**<br>:<br>:<br>:<br>:<br>: |

　　PLEASE TAKE NOTICE THAT, effective December 13, 2004, the new mailing address for John C. Murdock, Jeffrey S. Goldenberg and Theresa L. Groh of Murdock Goldenberg Schneider & Groh, LPA, Counsel for Plaintiffs, is 35 East Seventh Street, Suite 600, Cincinnati, Ohio 45202. The phone and facsimile numbers remain the same. Please direct all future communications to the new address.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　s/ John C. Murdock
　　　　　　　　　　　　　　　　John C. Murdock (0063749)
　　　　　　　　　　　　　　　　Jeffrey S. Goldenberg (0063771)
　　　　　　　　　　　　　　　　Theresa L. Groh (0029806)
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　Murdock, Goldenberg, Schneider & Groh L.P.A.
　　　　　　　　　　　　　　　　700 Walnut Street, Suite 400
　　　　　　　　　　　　　　　　Cincinnati, Ohio  45202-2011
　　　　　　　　　　　　　　　　Tel:  (513) 345-8291
　　　　　　　　　　　　　　　　Fax:  (513) 345-8294

{00011151; 1}

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brian C. Anderson, Steve W. Berman, David A. Eberly, Gary M. Glass, Thomas Kuczajda and John F. Niblock.

                                                s/ John C. Murdock