No. 04-0310

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
MAY 1 6 2005
LEONARD GREEN, Clerk

| | |
|---|---|
| In re: FORD MOTOR COMPANY, ) | |
| ) | |
| Petitioner. ) | O R D E R |
| ) | |
| ) | |

1:00cv458

Before: KENNEDY, MOORE, and SUTTON, Circuit Judges.

The defendant petitions for permission to take an interlocutory appeal of a class certification order pursuant to Fed. R. Civ. P. 23(f). The plaintiff opposes the petition.

Fed. R. Civ. P. 23(f) grants the courts of appeals discretion to hear interlocutory appeals of class certification rulings. *See In re Delta Air Lines*, 310 F.3d 953 (6th Cir. 2002), *cert. denied*, 539 U.S. 904 (2003). Upon consideration, we conclude that interlocutory review of the class certification order is warranted. The petition for permission to appeal is **GRANTED**.

MOORE, Dissenting.

Judge Moore would deny the petition for permission to appeal.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk