```
Fri May 27 16:24:56 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 426937
Cashier            sjl

Check Number:  059160

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00

Total Amount         $    255.00

THOMPSON HINE LLP


NOTICE OF APPEAL 1:00CV458




Fri May 27 16:24:56 2005

Check No.  059160
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```