

```
06 AUG 18 AM 9:51
```

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
AUG 1 8 2006
LEONARD GREEN, Clerk

No. 05-3545

PATRICIA A. DAFFIN, on behalf of herself and all others similarly situated,
    Plaintiff - Appellee,

v.

FORD MOTOR COMPANY,
    Defendant - Appellant.


Before: MARTIN, MOORE, and ROGERS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's order certifying the class under Federal Rule of Civil Procedure 23 is AFFIRMED.


ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk