AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

PATRICIA A. DAFFIN,

                                    Case Number:   1:00cv458-SJD

                V.

FORD MOTOR CO.,                            District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a Status Conference  in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | TO BE DONE BY TELEPHONE |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | September 27, 2006 at 10:00 AM |

JAMES BONINI, CLERK

___s/William Miller_____
William Miller
Case Manager
(513) 564-7630

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.