UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

06 SEP 13 AM 11: 33

No: 05-3545

Filed: September 12, 2006

PATRICIA A. DAFFIN, on behalf herself and all other similarly situated

    Plaintiff - Appellee

  v.

FORD MOTOR COMPANY, A Delaware Corporation

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 8/18/06 the mandate for this case hereby issues today.

A True Copy.

COSTS: None

Attest:

Filing Fee ...........$
Printing ............$

    Total ........$

_____
Deputy Clerk

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: September 12, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 05-3545
    Daffin vs. Ford Motor Company
    District Court No. 00-00458

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

cc:
Honorable Susan J. Dlott
Mr. John C. Murdock
Mr. Brian C. Anderson