AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA A. DAFFIN,

                    Case Number:   1:00cv458-SJD

     V.

FORD MOTOR CO.,                  District Judge Susan J. Dlott

### NOTICE

**TAKE NOTICE** that Status Conference in this case has been reset from September 27, 2006 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
| | DATE AND TIME |
| | October 6, 2006 at 10:00 AM |

                             JAMES BONINI, CLERK

                             ___s/William Miller_____
                             William Miller
                             Case Manager
                             (513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                             www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.