AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA A. DAFFIN,

                                    Case Number:   1:00cv458-SJD

       V.

FORD MOTOR CO.,                           District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a Status/Scheduling conference in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 (New Chambers) |
| | DATE AND TIME |
| | April 25, 2007 at 10:30 AM |

                                                      JAMES BONINI, CLERK

                                                      ___s/William Miller_____
                                                      William Miller
                                                      Case Manager
                                                      (513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                                    www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.