AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA A. DAFFIN,

                                          Case Number:   1:00cv458-SJD

       V.

FORD MOTOR CO.,                            District Judge Susan J. Dlott

### NOTICE

**TAKE NOTICE** that the Status Conference in this case previously scheduled for April 25, 2007 has been VACATED and RESET for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
| | DATE AND TIME |
| | May 24, 2007 at 2:00 p.m. |

 

JAMES BONINI, CLERK

\_\_\_s/William Miller_____
William Miller
Case Manager
(513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.